B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Clodomir, Gilberte                              ,          Case No.   18-32135

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
| HAM Fund III LP | Carisbrook Asset Holding Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
1425 Greenway Dr.  Suite 400
Irving, TX 75038

Phone: _____
Last Four Digits of Acct #:  ____3454____

Court Claim # (if known):  ____1____
Amount of Claim:  ____$325,873.08____
Date Claim Filed:  ____01/08/2019____

Phone: _____
Last Four Digits of Acct. #:  ____5846____

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
314 S. Franklin St. PO BOX 517
Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #: ____3454____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Elizabeth K. Holdren              Date:  02/23/2021
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Reset    Save As...    Print

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Ham Fund III, LP through servicer*<br>*BSI Financial Services* | |
|---|---|
| In Re:<br><br>  Gilberte Clodomir<br><br>                    Debtor. | Case No.: 18-32135 (SLM)<br><br>Chapter: 13<br><br>Judge: Stacey L. Meisel, U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Sean Bolduc:

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On <u>February 23, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                    */s/  Sean Bolduc*
Dated:  February 23, 2021                                  Sean Bolduc

{08617973; 1}

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gilberte Clodomir<br>1633 Van Ness Terrace<br>Union, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Bruce W. Radowitz<br>636 Chestnut Street<br>Union, NJ 07083 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

{08617973; 1}